IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**B. FERERKINS, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00144-KJN (PC)<br><br>**ORDER CONTINUING DEFENDANTS' DEADLINE TO SET OR OPT-OUT OF SETTLEMENT CONFERENCE** |

Pending before the Court is Defendants' request to continue the deadline to set or opt-out of a settlement conference for a period of forty-five days. Good cause appearing, the deadline to contact the Court to set or opt out of a settlement conference is continued to June 28, 2021.

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jac144.eot

1