IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. JACQUES,** | Case No. 2:21-cv-00144-KJN (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO OPT-OUT OF SETTLEMENT CONFERENCE** |
| **v.** | |
| **B. FERERKINS, et al.,** | |
| Defendants. | |

The Court, having reviewed Defendants' request to opt-out of a settlement conference, hereby grants that request. Defendants have thirty days from the date of this order to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jac144.ord.kc