UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | No. 2: 21-cv-0144 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| B. FERERKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion requesting a court order directing prison officials to allow him to communicate confidentially with his inmate witness. (ECF No. 32.) Plaintiff also requests that the court order prison officials to provide him with the address of his inmate witness.[1] (Id.) For the reasons stated herein, plaintiff's motion is denied without prejudice.

Before the undersigned considers plaintiff's request for assistance communicating with his inmate witness, plaintiff must make his request to the appropriate prison official. Plaintiff has not shown that prison officials denied a request for the address of his inmate witness or a request to communicate confidentially with his inmate witness. Accordingly, plaintiff's motion for court

---

[1] Plaintiff's motion indicates that he knows the CDCR identification number of his inmate witness. Plaintiff does not know in which prison his inmate witness is incarcerated.

1

assistance with communicating with his inmate witness is denied without prejudice.  If plaintiff renews his motion after making the request to prison officials he shall provide, if possible, copies of his request and of the prison official's response.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for court assistance communicating with his inmate witness (ECF No. 32) is denied without prejudice.

Dated:  January 3, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jac144.com