UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. FERERKINS, et al.,<br><br>　　　　Defendants. | No.  2: 21-cv-0144 KJM KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 23, 2021, counsel for defendants filed a notice of death as to defendant Freriks.  (ECF No. 31.)  This notice contains the name and address of defendant Freriks' parents.  (Id.)

　　　　On January 14, 2022, plaintiff filed a document requesting guidance from the court regarding how to proceed as to defendant Freriks' next of kin.  (ECF No. 34.)  Plaintiff is informed that the court cannot give plaintiff legal advice.  Plaintiff is advised that Rule 25(a)(1) of the Federal Rules of Civil Procedure provides that any motion for substitution must be made within ninety days after the suggestion of death notice was filed.

////

////

////

1

     Accordingly, IT IS HEREBY ORDERED that plaintiff's request for guidance (ECF No. 34) is deemed resolved.

Dated: February 1, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jac144.ord(2)