UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | No. 2:21-cv-0144 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| B. FERERKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2022, the undersigned recommended that defendant Freriks be dismissed because plaintiff did not file a motion for substitution within ninety days after defendant's death was suggested on the record on November 23, 2021. (ECF No. 37.)

On March 2, 2022, plaintiff filed a motion for a ninety-days extension of time to file the motion for substitution. (ECF No. 39.) The grounds of this request are that plaintiff's law library access was terminated on January 4, 2022, due to an outbreak of COVID-19. Plaintiff contends that he requires law library access in order to determine the procedure for filing a motion for substitution. On March 7, 2022, plaintiff also filed objections to the February 28, 2022 findings and recommendations. (ECF No. 40.)

Good cause appearing, the February 28, 2022 findings and recommendations are vacated. Plaintiff is granted sixty days from the date of this order to file a motion for substitution regarding

defendant Freriks.  See Zanowick v. Baxter Healthcare Corporation, 850 F.3d 1090, 1094 (9th Cir. 2017) (explaining that "Rule 6(b) 'works in conjunction with Rule 25(a)(1) to provide the intended flexibility in enlarging the time for substitution.'") (citation omitted).

Accordingly, IT IS HEREBY ORDERED that:

1. The February 28, 2022 findings and recommendations (ECF No. 37) are vacated;
2. Plaintiff's motion for an extension of time (ECF No. 39) is granted;
3. Plaintiff is granted sixty days from the date of this order to file a motion for substitution.

Dated:  March 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jacq0144.36