IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**B. FERERKINS, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00144-KJM-KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISPOSITIVE MOTION DEADLINE** |

Before the Court is Defendants' motion to modify the dispositive pleading deadline under Federal Rule of Civil Procedure 16. Upon review and consideration of the papers on file and good cause appearing, Defendants' motion (ECF No. 53) is **GRANTED**. The current dispositive motion deadline of May 19, 2022, is vacated and reset to 30 days after the Court issues an order on the issue of whether Plaintiff may substitute in Defendant Freriks' next of kin.

Dated:  May 10, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jac144.mod

1