UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | No. 2:21-cv-0144 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| B. FERERKINS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

The magistrate judge recommended that plaintiff's motion to substitute parties be denied based on plaintiff's failure to comply with the claims presentation requirement set forth in California Probate Code § 9370. In his objections, plaintiff alleges that he cannot comply with the claims presentation requirement because he does not have physical access to the law library. In light of plaintiff's confinement, his limited access to the law library, and the complexity of the

1

Probate Code, the court finds a limited appointment of voluntary pro bono counsel would be appropriate if counsel is available.  This action is **referred** to Sujean Park, the court's pro bono coordinator, to determine whether pro bono counsel is available to voluntarily represent plaintiff for the limited purpose of pursuing a substitution of parties.  *See* ECF No. 47.  The motion at ECF No. 47 **remains pending**.  This matter is otherwise **referred back** to the assigned Magistrate Judge for all other pretrial purposes.

    IT IS SO ORDERED.

DATED:  October 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE